DONALD R. BUCHANAN    CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email:  Donssatty@aol.com

Attorneys for plaintiff Karen D. Kennedy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAREN D. KENNEDY,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>   Defendant. | No. SACV 09-1259 FMC (SS)<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation For Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that counsel for plaintiff is awarded attorney fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED and FIFTY DOLLARS ($2,550.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 7/23/10

_Suzanne H. Segal_
UNITED STATES MAGISTRATE JUDGE